B6A (Official Form 6A) (12/07)

In re  **Leo Edward Whelan**                                    Case No.  **15-41659** _____
                                                                              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead<br>House & lot located @<br>2905 Fondren Dr.<br>Dallas, TX 75205<br>Value of $900,000.00<br>Debt of $433,639.99<br>Equity of $466,360.01<br><br>Wife's seperate property and/or her sole managed community property. | Fee Simple | W | $0.00 | $0.00 |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  Leo Edward Whelan                                    Case No.  **15-41659**
                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | H | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank checking account ending in (6614) | H | ($4.54) |
| | | Nekoma State Bank of Lacrosse checking account ending in (6343) | H | $964.29 |
| | | Veritex Community bank business checking account- ending in (3795) | H | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property. Living room- 2 Sofas-300. Chair-$50. Coffee table-$100. End table-$25. TV-$200. CD player-$25. Armoire-$200. Rug-$200. | W | $0.00 |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property. Dining room- Table-$500. 8 chairs-$800. Server-$200. Buffet-$200. | W | $0.00 |
| | | The following proprty is the Debtor's wife's seperate property | W | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Leo Edward Whelan                                      Case No.   15-41659
                                                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | or is her sole managed community property.<br>Kitchen-<br>Stove-$300.<br>Refrigerator-$500.<br>Dishwasher-$150.<br>Microwave-$50.<br>Small Appliances-$100.<br>Flatware-$25.<br>Dishes-$50.<br>Pots & Pans-$50.<br>Glasses-$25. | | |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>Miscellaneous items-<br>Washer-$250.<br>Dryer-$250.<br>Refrigerator-$25.<br>Freezer-$50.<br>Vacuum-$25.<br>Linens-$50.<br>Dry goods-$50. | W | $0.00 |
| | | Cell phone | H | $50.00 |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>Bedroom #1-<br>Bed-$300.<br>2 night stands-$50.<br>Armoire-$200.<br>Bench-$10.<br>TV-$300.<br>Clock radio-$5.<br>2 lamps-$20. | W | $0.00 |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property. | W | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Leo Edward Whelan                                            Case No.  __15-41659_____
                                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bedroom #2-<br>Bed-$100.<br>Dresser-$25.<br>Night stand-$25.<br>Chair-$25.<br>Lamp-$10. | | |
| | | Bedroom #3-<br>Dresser-$25.<br>Night stand-$25.<br>Chair-$25.<br>Lamp-$10. | H | $85.00 |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>Garage/Attic-<br>Hand tools-$25.<br>Yard tools-$25.<br>Ladder-$10.<br>Luggage-$100. | W | $0.00 |
| | | Table-$25.<br>Chairs-$120 | J | $145.00 |
| | | Bed-$100. | J | $0.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | H | $500.00 |
| 7. Furs and jewelry. | | Wedding ring | H | $500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Leo Edward Whelan                                      Case No.  **15-41659**
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf clubs | H | $500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Leo Edward Whelan                                          Case No.   **15-41659**
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  Leo Edward Whelan                                         Case No.  __15-41659_____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property. 2005 Toyota 4 Runner | W | $0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Leo Edward Whelan                          Case No.   **15-41659**
                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

      6    continuation sheets attached      **Total >**      $2,739.75

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  Leo Edward Whelan                                              Case No.  __15-41659_____
                                                                                      (If known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT


Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $155,675.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)


| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Nekoma State Bank of Lacrosse checking account ending in (6343) | 11 U.S.C. § 522(d)(5) | $964.29 | $964.29 |
| Cell phone | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Bedroom #3- Dresser-$25. Night stand-$25. Chair-$25. Lamp-$10. | 11 U.S.C. § 522(d)(3) | $85.00 | $85.00 |
| Bed-$100. | 11 U.S.C. § 522(d)(3) | $0.00 | $0.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| Wedding ring | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| Golf clubs | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to c commenced on or after the date of adjustment.* | | $2,599.29 | $2,599.29 |

B6D (Official Form 6D) (12/07)

In re  **Leo Edward Whelan**                                       Case No.  **15-41659** _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | $0.00 | $0.00 |
| | | | | Total (Use only on last page) > | | | $0.00 | $0.00 |

____**No**____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6E (Official Form 6E) (04/13)

In re    Leo Edward Whelan                                      Case No.    **15-41659**
                                                                           (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sh

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  Leo Edward Whelan                                          Case No.  15-41659
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service - ED Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346** | | H | DATE INCURRED: **2010** CONSIDERATION: **Business debt** REMARKS: | | | | $513,776.37 | $513,776.37 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of 1___ continuation sheets  **Subtotals (Totals of this page) >**   $513,776.37  |  $513,776.37  |  $0.00
attached to Schedule of Creditors Holding Priority Claims

**Total >**   $513,776.37

(Use only on last page of the completed Schedule E.

(Use only on last page of the completed Schedule E.

**Totals >**   $513,776.37  |  $0.00

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re   Leo Edward Whelan                                    Case No.   15-41659
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bill Huddleston**<br>**112 Norcrest Drive**<br>**San Marcos, TX 78666** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$640,000.00** |
| ACCT #:<br>**Browning, Kaleczyc & Horen PC**<br>**PO Box 1697**<br>**Helena, MT 59624** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$423.50** |
| ACCT #:<br>**Calvary Portfolio Services**<br>**PO Box 27288**<br>**Tempe, AZ 85282-7288** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$955.54** |
| ACCT #:<br>**Credit Control LLC**<br>**5757 Phantom Dr., Ste. 330**<br>**Hazelwood, MO 63042** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$1,753.29** |
| ACCT #:<br>**David K Sergi**<br>**329 South Guadalope**<br>**San Marcos, TX 78666** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**David Snell**<br>**1250 NE Loop 410**<br>**Suite 725**<br>**San Antoinio, TX 78209** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$40,000.00** |

|  | Subtotal > | **$683,132.33** |
|---|---|---|
|  | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

_____8_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   Leo Edward Whelan                                    Case No.   15-41659
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**David West**<br>**16475 Dallas Pkwy., Ste. 155**<br>**Addison, TX 75001** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$800,000.00** |
| ACCT #:<br>**Deep Creek Resources, LLC**<br>**353 W 7th Street**<br>**Suite 1**<br>**Fort Worth, TX 76107** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**judgment**<br>REMARKS: | | X | | **$3,500,000.00** |
| **Representing:**<br>**Deep Creek Resources, LLC** | | | David Drez<br>Wick Phillips<br>3131 McKinney, Ste. 100<br>Dallas, TX 75204 | | | | **Notice Only** |
| ACCT #:<br>**Drilling Info**<br>**2901 Via Fortuna**<br>**Austin, TX 78746** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$12,000.00** |
| ACCT #:<br>**Gerard Whelan**<br>**5015 N. Central**<br>**Dallas, TX 75205** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$400,000.00** |
| ACCT #:<br>**Glenville Resources, LLC**<br>**Texala Energy, LLC**<br>**900 North East Loop 410**<br>**Suite D 300**<br>**San Antonio, TX 78209** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$24,500.00** |

Sheet no. __1__ of 8__ continuation sheets attached to                    Subtotal >   | **$4,736,500.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              Total >
                    (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Leo Edward Whelan                                    Case No.   15-41659
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Greg Cardenas** <br> **6848 Lakeshore Dr.** <br> **Dallas, TX 75214** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: <br> **All the attached Notice Only creditors are part of a group that is owed the $325,000.00 together.** | | | | $325,000.00 |
| **Representing: <br> Greg Cardenas** | | | **Dennis Maher <br> Address Unknown** | | | | **Notice Only** |
| **Representing: <br> Greg Cardenas** | | | **Hector A Cardenas <br> 1121 Dumont Dr. <br> Richardson, TX 75080** | | | | **Notice Only** |
| **Representing: <br> Greg Cardenas** | | | **Jeff Burrow <br> 6726 Lakewood Blvd <br> Dallas, TX 75214-3749** | | | | **Notice Only** |
| **Representing: <br> Greg Cardenas** | | | **Michelle Boston <br> 906 Creekdale <br> Richardson, TX 75080** | | | | **Notice Only** |
| **Representing: <br> Greg Cardenas** | | | **Rick O'Brien <br> 5745 Glen Falls <br> Dallas, TX 75209** | | | | **Notice Only** |

Sheet no. __2__ of 8 _____ continuation sheets attached to                                    Subtotal >   | $325,000.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              Total >
                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Leo Edward Whelan                                   Case No.   15-41659
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Greg Cardenas** | | | William Fynes 16318 Sunset Valley Dallas, TX 75248 | | | | **Notice Only** |
| ACCT #: **Holman Robertson Eldridge** 5949 Sherry Lane, Ste. 1700 Dallas, TX 75225 | | H | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | | $15,000.00 |
| ACCT #: **Horizontal Well Drillers** PO Box 1626 Purcell, OK | | H | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | X | $1,000,000.00 |
| **Representing: Horizontal Well Drillers** | | | Wheeler, Wheeler, Morgan, Faulkner & Brown 50 Penn Place, Ste. 450 1900 NW Expwy. Oklahoma City, OK 73118b | | | | **Notice Only** |
| ACCT #: **Image Interpretation Technoligies** #600 703-6th Avenue SW Calgary, AB T2P0T9 Canada | | H | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | | $75,000.00 |
| ACCT #: **Incorp** 2360 Corporate Circle Suite 400 Henderson, NV 89074-7739 | | H | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | | $203.00 |

Sheet no. __3__ of 8 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $1,090,203.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Leo Edward Whelan                               Case No.   15-41659
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Jefferson Capital System, LLC**<br>16 McLeland Rd.<br>St. Cloud, MN 56303 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $660.96 |
| ACCT #:<br>**Joe C Longbothom**<br>15150 Preston Rd., Ste. 210<br>Dallas, TX 75248 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $800,000.00 |
| ACCT #:<br>**Julia Salazar**<br>Innovative GIS LLC<br>11906 Brittmoore Park Dr.<br>Houston, TX 77041 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $61,181.88 |
| ACCT #:<br>**Kelly Hart**<br>201 Main St.<br>Ft. Worth, TX 76102 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,500,000.00 |
| ACCT #:<br>**Lathrop & Gage, LLP**<br>Building 82, Ste. 1000<br>10851 Mastin Blvd<br>Overland Park, KS 66210-1669 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $45,000.00 |
| ACCT #:<br>**Lorenzo Cola**<br>5949 Sherry Lane, Ste. 1055<br>Dallas, TX 75225 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $250,000.00 |

Sheet no.    4    of 8          continuation sheets attached to          Subtotal >          $2,656,842.84
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leo Edward Whelan**                                    Case No.   **15-41659**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mike Koesling**<br>**8319 Santa Clara Dr.**<br>**Dallas, TX 75218** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $350,000.00 |
| ACCT #:<br>**Millenium Financial Group, LLC**<br>**3000 United Founders Blvd., Ste. 219**<br>**Oklahoma City, OK 73112** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $394.21 |
| ACCT #:<br>**Petroleum Directional Services**<br>**5404 Cortez Dr.**<br>**Granbury, TX 76049** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $300,000.00 |
| ACCT #:<br>**Pro Well Service LLC**<br>**1678 E. Hwy 82**<br>**Gainesville, TX 76240** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $85,750.42 |
| ACCT #:<br>**R. Tate Young**<br>**Tate Young Law Firm**<br>**1001 West Loop South, Ste. 700**<br>**Houston, TX 77027** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $3,000,000.00 |
| ACCT #:<br>**Randy Potts**<br>**One Bent Tree Tower**<br>**16475 Dallas Parkway, Ste. 320**<br>**Addison, TX 75001** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $150,000.00 |

Sheet no. _____5_____ of 8_____ continuation sheets attached to          Subtotal >          $3,886,144.63
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leo Edward Whelan**                                              Case No.   **15-41659**
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Richmond North Associates, Inc.**<br>**PO Box 963**<br>**Amherst, NY 14226-0963** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $789.00 |
| ACCT #:<br>**Steven J. Bickings**<br>**320 E. Third Street**<br>**Burkburnett, TX 76354** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $150,000.00 |
| ACCT #:<br>**Strausberg & Price**<br>**PO Box 50100**<br>**Dallas, TX 75250** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $21,035.80 |
| ACCT #:<br>**Tanner, Keller & Associates**<br>**10200 E. Girard Ave., Ste. A117**<br>**Denver, CO 80231** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $60,000.00 |
| ACCT #:<br>**Terry & Cindy Glover**<br>**C/O Lane Rugley**<br>**16 N. Caddo St.**<br>**Cleburne, TX 76031** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | X | | $50,000.00 |
| ACCT #:<br>**Trey Whatley**<br>**3428 Stanford Ave.**<br>**Dallas, TX 75225** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $800,000.00 |

Sheet no.   **6**   of **8**            continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                          $1,081,824.80

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Leo Edward Whelan                                    Case No.   15-41659
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: Wright Ginsberg Brusilow PC` 14755 Preston Rd. 600 Signature Place Dallas, TX 75254 | | H | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | | $24,163.01 |
| ACCT #: Attorney General of Texas Taxation Division - Bankruptcy Box 12548 Capitol Station Austin, TX 78711 | | | DATE INCURRED: CONSIDERATION: **Required Notification** REMARKS: | | | | |
| ACCT #: Attorney General of Texas Bankruptcy Reporting Contact OAG/CSD/Mail Code 38 P.O. Box 12017 Austin, TX 78711-2017 | | | DATE INCURRED: CONSIDERATION: **Required Notification** REMARKS: | | | | |
| ACCT #: Internal Revenue Service - Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | | DATE INCURRED: CONSIDERATION: **Required Notification** REMARKS: | | | | |
| ACCT #: Texas Comptroller of Public Accounts C/O Office of the Attorney General Bankruptcy - Collections Division P.O. Box 12548 Austin, TX 78711-2548 | | | DATE INCURRED: CONSIDERATION: **Required Notification** REMARKS: | | | | |
| ACCT #: Texas Workforce Commission TEC Building Tax Dept. 101 E. 15th Street Austin, TX 78778 | | | DATE INCURRED: CONSIDERATION: **Required Notification** REMARKS: | | | | |

Sheet no. __7__ of 8_____ continuation sheets attached to          Subtotal >          $24,163.01
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                          Total >
                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Leo Edward Whelan

Case No.   15-41659
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**United States Attorney**<br>**110 North College Ave., Ste. 700**<br>**Tyler, TX 75702-0204** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**United States Trustee**<br>**110 North College Ave., Ste. 300**<br>**Tyler, TX 75702-7231** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __8__ of 8 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >  $14,483,810.61

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   **Leo Edward Whelan**                                            Case No.   **15-41659**
                                                                                    (if known)


# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).


☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re __Leo Edward Whelan__                                 Case No.   __15-41659__

                                                             (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Leo<br>First Name | Edward<br>Middle Name | Whelan<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the EASTERN DISTRICT OF TEXAS

Case number
(if known)   **15-41659**

**Check if this is:**

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

## Schedule I: Your Income                                                            12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Self employed | |
| Employer's name | Wexco Resources | |
| Employer's address | 4516 Lovers Lane #199<br>Number   Street | Number   Street |
| | Dallas      TX   75225<br>City          State   Zip Code | City          State   Zip Code |

How long employed there?  8 years     _____

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If

| | | For Debtor 1 | For Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. ____ $0.00 | $1,915.25 |
| 3. | Estimate and list monthly overtime pay. | 3. + ____ $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. ____ $0.00 | $1,915.25 |

Debtor 1  Leo _____ Edward _____ Whelan _____    Case number (if known) 15-41659

First Name        Middle Name        Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ....................................... → | 4. | $0.00 | $1,915.25 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $0.00 | $1,915.25 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a<br>Attach a statement for each property and business showing<br>gross receipts, ordinary and necessary business | 8a. | $1,050.00 | $0.00 |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a<br>Include alimony, spousal support, child support, maintenance, | 8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $1,771.92 |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) or any non-<br>cash assistance that you receive, such as food stamps<br>(benefits under the Supplemental Nutrition Assistance<br>Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: Oil & Gas Royalties | 8h.+ | $0.00 | $6,387.50 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,050.00 | $8,159.42 |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,050.00 + | $10,074.67 = | $11,124.67 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other
friends or relatives.

Specify: _____    11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly    12.    $11,124.67
income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and     **Combined**
Related Data, if it applies.     **monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.    | None.
☐ Yes. Explain |

| Debtor 1 | Leo | Edward | Whelan | Case number (if known) 15-41659 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a.  Attached Statement (Debtor 1)

## Wexco Resources LLC

**Gross Monthly Income:**                                                                                                          $4,000.00

| Expense | Category | Amount |
|---|---|---|
| Lodging | Travel | $900.00 |
| Postage | Postage | $100.00 |
| | Office Supplies | $100.00 |
| Bank fees | Bank Fees | $100.00 |
| Food | Food | $750.00 |
| | Cell Phone | $225.00 |
| Repairs | Repairs & upkeep | $25.00 |
| Gasoline | Gasoline | $750.00 |

**Total Monthly Expenses**                                                                                               $2,950.00

**Net Monthly Income:**                                                                                                       $1,050.00

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Leo** | **Edward** | **Whelan** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the **EASTERN DISTRICT OF TEXAS**

Case number (if known)  **15-41659**

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                     12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write

### Part 1:    Describe Your Household

1.   **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2.   **Do you have dependents?**        ☐ No

Do not list Debtor 1 and Debtor 2.        ☑ Yes. Fill out this information for each dependent..............

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | 69 years | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.   **Do you have expenses include expenses of people other than yourself and your dependents?**    ☑ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.   **The rental or home ownership expenses for your residence.**
     Include first mortgage payments and any rent for the ground or lot.        4.   _____

     **If not included in line 4:**

     4a.   Real estate taxes                                        4a.   _____

     4b.   Property, homeowner's, or renter's insurance             4b.   _____

     4c.   Home maintenance, repair, and upkeep expenses            4c.   _____

     4d.   Homeowner's association or condominium dues              4d.   _____

Debtor 1  Leo                        Edward              Whelan                        Case number (if known) 15-41659
          First Name               Middle Name          Last Name

**Your expenses**

5.  **Additional mortgage payments for your residence,** such as home equity loans          5. _____

6.  **Utilities:**

    6a.  Electricity, heat, natural gas          6a. _____

    6b.  Water, sewer, garbage collection          6b. _____

    6c.  Telephone, cell phone, Internet, satellite, and          6c. _____
        cable services

    6d.  Other.  Specify:_____          6d. _____

7.  **Food and housekeeping supplies**          7. _____

8.  **Childcare and children's education costs**          8. _____

9.  **Clothing, laundry, and dry cleaning**          9. _____$200.00

10.  **Personal care products and services**          10. _____$25.00

11.  **Medical and dental expenses**          11. _____

12.  **Transportation.** Include gas, maintenance, bus or train          12. _____
     fare.  Do not include car payments.

13.  **Entertainment, clubs, recreation, newspapers,**          13. _____$100.00
     **magazines, and books**

14.  **Charitable contributions and religious donations**          14. _____

15.  **Insurance.**
     Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance          15a. _____

    15b.  Health insurance          15b. _____

    15c.  Vehicle insurance          15c. _____

    15d.  Other insurance.  Specify:_____          15d. _____

16.  **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.          16. _____
     Specify: _____

17.  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1          17a. _____

    17b.  Car payments for Vehicle 2          17b. _____

    17c.  Other.  Specify:_____          17c. _____

    17d.  Other.  Specify:_____          17d. _____

18.  Your payments of alimony, maintenance, and support that you did not report as          18. _____
     deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).

19.  **Other payments you make to support others who do not live with you.**          19. _____
     Specify: _____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on**
     **Schedule I: Your Income.**

    20a.  Mortgages on other property          20a. _____

    20b.  Real estate taxes          20b. _____

    20c.  Property, homeowner's, or renter's insurance          20c. _____

    20d.  Maintenance, repair, and upkeep expenses          20d. _____

    20e.  Homeowner's association or condominium dues          20e. _____

Debtor 1  Leo_____    Edward_____    Whelan_____    Case number (if known) 15-41659_____

First Name            Middle Name           Last Name

**21. Other.** Specify: _____  21.  +_____

**22. Your monthly expenses** Add lines 4 through 21.
The result is your monthly expenses.                                  22.  |_____$325.00|

**23. Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.  _____$11,124.67_

    23b.  Copy your monthly expenses from line 22 above.                   23b.  −_____$5,533.77_

    23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                              23c.  |_____$5,590.90|

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage

    ☑ No.
    ☐ Yes. Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Leo** | **Edward** | **Whelan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **15-41659** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☑ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                               12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write

## Part 1:      Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and Debtor 2.          ☑ Yes. Fill out this information for each dependent..............

    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | 69 years | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  Do you expenses include expenses of people other than yourself and your dependents?          ☑ No
    ☐ Yes

## Part 2:      Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top
Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

| | | |
|---|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $2,328.11 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | $865.62 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $150.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $200.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | |

Debtor 1  Leo _____ Edward _____ Whelan _____        Case number (if known) 15-41659
       First Name        Middle Name        Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a.      **$575.00** |
| | 6b. Water, sewer, garbage collection | 6b. _____ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ |
| | 6d. Other. Specify:_____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. _____ |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ |
| 10. | **Personal care products and services** | 10. _____ |
| 11. | **Medical and dental expenses** | 11. _____ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. _____ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ |
| | 15b. Health insurance | 15b.      **$389.52** |
| | 15c. Vehicle insurance | 15c.      **$280.33** |
| | 15d. Other insurance. Specify:_____ | 15d. _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 **2014 Toyota 4Runner** | 17a.      **$270.19** |
| | 17b. Car payments for Vehicle 2 | 17b. _____ |
| | 17c. Other. Specify: **oil changes, tags, inspections** | 17c.      **$150.00** |
| | 17d. Other. Specify:_____ | 17d. _____ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property | 20a. _____ |
| | 20b. Real estate taxes | 20b. _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e. Homeowner's association or condominium dues | 20e. _____ |

Debtor 1  Leo_____  Edward_____  Whelan_____        Case number (if known) 15-41659
          First Name        Middle Name           Last Name

21. **Other.** Specify: _____   21.   + _____

22. **Your monthly expenses** Add lines 4 through 21.
    The result is your monthly expenses.                            22.   |_____ $5,208.77 |

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.  _____

    23b.  Copy your monthly expenses from line 22 above.                 23b.  – _____

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                        23c.  |_____|

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage

    ☑ No.
    ☐ Yes. Explain here:
    _____

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re  Leo Edward Whelan                                    Case No.    **15-41659**

Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 7 | $2,739.75 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $513,776.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 9 | | $14,483,810.61 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 3 | | | $11,124.67 |
| J - Current Expenditures of Individual Debtor(s) | No | 6 | | | $5,533.77 |
| TOTAL | | 32 | $2,739.75 | $14,997,586.98 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  Leo Edward Whelan                                    Case No.    **15-41659**

                                                            Chapter      **7**


# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re  Leo Edward Whelan

Case No.  15-41659
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____30____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/15/15                    Signature _____

                                                 *Leo Edward Whelan*

Date _____    Signature _____

                                                 [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*