B6B (Official Form 6B) (12/07)

In re  Leo Edward Whelan                                                         Case No.  **15-41659**
                                                                                              (if known)

## AMENDED 10/19/2015
# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | H | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank checking account ending in (6614) | H | ($4.54) |
| | | Nekoma State Bank of Lacrosse checking account ending in (6343) | H | $964.29 |
| | | Veritex Community bank business checking account- ending in (3795) | H | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>Living room-<br>2 Sofas-300.<br>Chair-$50.<br>Coffee table-$100.<br>End table-$25.<br>TV-$200.<br>CD player-$25.<br>Armoire-$200.<br>Rug-$200. | W | $0.00 |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>Dining room-<br>Table-$500.<br>8 chairs-$800.<br>Server-$200.<br>Buffet-$200. | W | $0.00 |
| | | The following proprty is the Debtor's wife's seperate property | W | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Leo Edward Whelan                                    Case No.  **15-41659**
                                                                   (if known)

*AMENDED 10/19/2015*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | or is her sole managed community property.<br>Kitchen-<br>Stove-$300.<br>Refrigerator-$500.<br>Dishwasher-$150.<br>Microwave-$50.<br>Small Appliances-$100.<br>Flatware-$25.<br>Dishes-$50.<br>Pots & Pans-$50.<br>Glasses-$25. | | |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>Miscellaneous items-<br>Washer-$250.<br>Dryer-$250.<br>Refrigerator-$25.<br>Freezer-$50.<br>Vacuum-$25.<br>Linens-$50.<br>Dry goods-$50. | W | $0.00 |
| | | Cell phone | H | $50.00 |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>Bedroom #1-<br>Bed-$300.<br>2 night stands-$50.<br>Armoire-$200.<br>Bench-$10.<br>TV-$300.<br>Clock radio-$5.<br>2 lamps-$20. | W | $0.00 |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property. | W | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Leo Edward Whelan**  Case No. **15-41659**
(if known)

*AMENDED 10/19/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bedroom #2-<br>Bed-$100.<br>Dresser-$25.<br>Night stand-$25.<br>Chair-$25.<br>Lamp-$10. | | |
| | | Bedroom #3-<br>Dresser-$25.<br>Night stand-$25.<br>Chair-$25.<br>Lamp-$10. | H | $85.00 |
| | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>Garage/Attic-<br>Hand tools-$25.<br>Yard tools-$25.<br>Ladder-$10.<br>Luggage-$100. | W | $0.00 |
| | | Table-$25.<br>Chairs-$120 | J | $145.00 |
| | | Bed-$100. | J | $0.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | H | $500.00 |
| 7. Furs and jewelry. | | Wedding ring | H | $500.00 |

In re **Leo Edward Whelan**        Case No. **15-41659**

(if known)

### AMENDED 10/19/2015
### SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf clubs | H | $500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | MIH Wyoming LLC<br>5015 N. Central Exprwy.<br>Dallas, TX 75205<br>27-4125344<br>Liabilities in excess of $4.5 million<br>Assets less than $10,000. | H | $0.00 |
| | | Slauter Avenue Investments, LLC<br>5015 N. Central Exprwy.<br>Dallas, TX 75205<br>xxx-xx-9252<br>Liabilities in excess of $1 million<br>No assets | H | $0.00 |

In re **Leo Edward Whelan**                                           Case No. **15-41659**
                                                                             (if known)

*AMENDED 10/19/2015*
# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Capital Energy Services<br>Receivable for landman services<br>$26,000.00<br>This does not appear to be collectable | H | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Leo Edward Whelan**　　　　　　　　　　　　　　　Case No. **15-41659**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 10/19/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | The following proprty is the Debtor's wife's seperate property or is her sole managed community property.<br>2005 Toyota 4 Runner | W | $0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

In re  **Leo Edward Whelan**　　　　　　　　　　　　　　　　　　Case No.  **15-41659**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 10/19/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　__6__ continuation sheets attached　　Total >　　**$2,739.75**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **Leo Edward Whelan** | § | |
| | § | Case No. __15-41659__ |
| | § | |
| Debtor(s) | § | Chapter __7__ |

# DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION, ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES, AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, I HEREBY DECLARE UNDER PENALTY OF PERJURY that I have read

☐    the original statements and schedules to be filed electronically in this case

☐    the voluntary petition as amended on _____ and to be filed electronically in this case

☒    the statements and schedules as amended on __10/19/15__ and to be filed electronically in this case

☐    the master mailing list (matrix) as amended on _____ and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statments and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

☐    *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date: __10/19/15__    _____
Leo Edward Whelan
Debtor