IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WHELAN, LEO EDWARD | § | CASE NO. 15-41659 |
| | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

## REQUEST FOR COPIES OF ALL NOTICES

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

Notice is hereby given that the creditor listed below requests copies of all notices and pleadings pursuant to Rules 2002(a), (b) and (f) and 3017(a) of the Federal Rules of Bankruptcy Procedure. All such notices should be addressed as follows:

Creditor Name & Address:

VLV, LLC

ATTN: LORENZO COLA

6359 VANDERBILT AVE

DALLAS, TX 75214

Date: 11/2/2015          Signature: _____