**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Leo Edward Whelan** | Social Security number or ITIN   **xxx−xx−9252** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Texas**

Case number:   **15−41659**

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Leo Edward Whelan

1/9/17

**By the court:**   Brenda T. Rhoades
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                           United States Bankruptcy Court
                              Eastern District of Texas
In re:                                                              Case No. 15-41659-btr
Leo Edward Whelan                                                   Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0540-4          User: carterl              Page 1 of 3               Date Rcvd: Jan 09, 2017
                              Form ID: 318               Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
db             +Leo Edward Whelan,    2905 Fondren Drive,    Dallas, TX 75205-1913
aty            +Quilling, Selander, Lownds, Winslett & Moser  PC,    2001 Bryan Street, Suite 1800,
                 Dallas, TX 75201-3070
cr             +Bill Huddleston,    c/o David K. Sergi,    Sergi & Associates PC,   329 S. Guadalupe,
                 San Marcos, TX 78666-6309
cr             +Deep Creek Resources LLC,    3537 West 7th Street,    Suite 1,   Fort Worth, TX 76107-2505
cr             +Joan Wagner,    2805 Long Bow Trail,    Austin, TX 78734-3031
cr             +Noah Koesling,    6421 Highgate Ln.,    Dallas, TX 75214-2242
cr             +Ronald White,    210 Dague Road,    Brownsville, PA 15417-9282
cr             +The Cogent Group,    12720 Hillcrest Road, Ste. 650,    Dallas, TX 75230-2005
cr             +VLV, LLC,    Attn: Lorenzo Cola,    6359 Vanderbilt Ave.,    Dallas, TX 75214-3337
7048719        +Ark Exploration, LLC,    Noah M. Koesling,    6421 Highgate Lane,    Dallas, TX 75214-2242
7000692         Attorney General of Texas,    Bankruptcy Reporting Contact,    OAG/CSD/Mail Code 38,
                 P.O. Box 12017,    Austin, TX 78711-2017
7000691        +Attorney General of Texas,    Taxation Division - Bankruptcy,    Box 12548 Capitol Station,
                 Austin, TX 78711-2548
7035601        +Bill Huddleston,    c/o David K. Sergi,    329 S. Guadalupe St.,    San Marcos, TX 78666-6309
7000693        +Bill Huddleston,    112 Norcrest Drive,    San Marcos, TX 78666-3721
7018164        +Browning, Kaleczyc & Horen PC,    PO Box 1697,    Helena, MT 59624-1697
7047331        +Comptroller of Public Accounts,    c/o Office of the Attorney General,
                 Bankruptcy - Collections Division MC-008,    PO Box 12548,   Austin TX  78711-2548,
                 ( 78711-2548
7000694        +David Drez,    Wick Phillips,    3131 McKinney, Ste. 100,    Dallas, TX 75204-2430
7000695        +David K Sergi,    329 South Guadalope,    San Marcos, TX 78666-6309
7018167        +David Snell,    1250 NE Loop 410,    Suite 725,   San Antoinio, TX 78209-1535
7000696        +David West,    16475 Dallas Pkwy., Ste. 155,    Addison, TX 75001-6831
7000697        +Deep Creek Resources, LLC,    353 W 7th Street,    Suite 1,   Fort Worth, TX 76102
7051546        +Deep Creek Resources, LLC,    100 Throckmorton Street, Suite 500,    Fort Worth, TX 76102-2835
7000698        +Drilling Info,    2901 Via Fortuna,    Austin, TX 78746-7565
7000699        +Gerard Whelan,    5015 N. Central,    Dallas, TX 75205-3458
7000700        +Glenville Resources, LLC,    Texala Energy, LLC,    900 North East Loop 410,   Suite D 300,
                 San Antonio, TX 78209-1408
7018169         Greg Cardenas,    6848 Lakeshore Dr.,    Dallas, TX 75214-3745
7018170         Hector A Cardenas,    1121 Dumont Dr.,    Richardson, TX 75080-6948
7000701       #+Holman Robertson Eldridge,    5949 Sherry Lane, Ste. 1700,    Dallas, TX 75225-8013
7018171        +Horizontal Well Drillers,    PO Box 1626,    Purcell, OK 73080-7626
7000702         Image Interpretation Technoligies,    #600,    703-6th Avenue SW,    Calgary, AB T2P0T9,   Canada
7018172         Incorp,    2360 Corporate Circle,    Suite 400,   Henderson, NV 89074-7739
7000705        +Joe C Longbothom,    12720 Hillcrest Road, Suite 650,    Dallas, TX 75230-2005
7048709        +John Wagner Living Trust,    Joan Wagner,    2805 Long Bow Trail,    Austin, TX 78734-3031
7018175        +Julia Salazar,    Innovative GIS LLC,    11906 Brittmoore Park Dr.,    Houston, TX 77041-7345
7000706        +Kay Westbrook Whelan,    2905 Fondren Dr.,    Dallas, TX 75205-1913
7018176        +Kelly Hart,    201 Main St.,    Ft. Worth, TX 76102-3129
7018177        +Lathrop & Gage, LLP,    Building 82, Ste. 1000,    10851 Mastin Blvd,
                 Overland Park, KS 66210-1687
7000707        +Lorenzo Cola,    5949 Sherry Lane, Ste. 1055,    Dallas, TX 75225-6508
7000708        +Michael K. Koesling,    8319 Santa Clara Dr.,    Dallas, TX 75218-4343
7018178        +Michelle Boston,    906 Creekdale,    Richardson, TX 75080-4906
7017565        +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
7018179        +Millenium Financial Group, LLC,    3000 United Founders Blvd., Ste. 219,
                 Oklahoma City, OK 73112-4279
7018180        +Petroleum Directional Services,    5404 Cortez Dr.,    Granbury, TX 76049-7212
7018181         Pro Well Service LLC,    1678 E. Hwy 82,    Gainesville, TX 76240
7018182        +R. Tate Young,    Tate Young Law Firm,    1001 West Loop South, Ste. 700,
                 Houston, TX 77027-9033
7000709        +Randy Potts,    One Bent Tree Tower,    16475 Dallas Parkway, Ste. 320,    Addison, TX 75001-6835
7018184        +Rick O'Brien,    5745 Glen Falls,    Dallas, TX 75209-2413
7052047        +Ronald K. White, Sr.,    210 Dague Road,    Brownsville, PA 15417-9282
7018185        +Steven J. Bickings,    320 E. Third Street,    Burkburnett, TX 76354-3437
7018186        +Strausberg & Price,    PO Box 50100,    Dallas, TX 75250-0100
7018798        +Terry & Cindy Glover,    C/O Lane Rugley,    16 N. Caddo St.,    Cleburne, TX 76031-5540
7018188        +Terry & Cindy Glover,    C/O Lane Rugley,    16 N. Caddo St.,    Cleburne, TX 76031-5540
7000710         Texas Comptroller of Public Accounts,    C/O Office of the Attorney General,
                 Bankruptcy - Collections Division,    P.O. Box 12548,   Austin, TX 78711-2548
7000712        +Trey Whatley,    3428 Stanford Ave.,    Dallas, TX 75225-7618
7000713         United States Attorney,    110 North College Ave., Ste. 700,    Tyler, TX 75702-0204
7052018        +VLV, LLC,    6359 Vanderbilt Ave.,    Dallas, TX 75214-3337
7018189        +Wheeler, Wheeler, Morgan, Faulkner &,    Brown,    50 Penn Place, Ste. 450,   1900 NW Expwy.,
                 Oklahoma City, OK 73118-1850
7018190        +William Fynes,    16318 Sunset Valley,    Dallas, TX 75248-2834
7018191         Wright Ginsberg Brusilow PC,    14755 Preston Rd.,    600 Signature Place,    Dallas, TX 75254
```

```
District/off: 0540-4          User: carterl                Page 2 of 3                   Date Rcvd: Jan 09, 2017
                              Form ID: 318                 Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QCMOSER.COM Jan 10 2017 01:13:00      Christopher Moser,    2001 Bryan Street, Suite 1800,
                 Dallas, TX 75201-3070
7018165         +E-mail/Text: bankruptcy@cavps.com Jan 10 2017 01:31:17       Calvary Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285-7288
7019788         +E-mail/Text: bankruptcy@cavps.com Jan 10 2017 01:31:17       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
7018166         +E-mail/Text: kzoepfel@credit-control.com Jan 10 2017 01:31:07       Credit Control LLC,
                 5757 Phantom Dr., Ste. 330,    Hazelwood, MO 63042-2429
7000703          EDI: IRS.COM Jan 10 2017 01:13:00      Internal Revenue Service -,
                 Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
7018174          EDI: JEFFERSONCAP.COM Jan 10 2017 01:13:00      Jefferson Capital System, LLC,    16 McLeland Rd.,
                 St. Cloud, MN 56303
7018183          E-mail/Text: support@rnacollects.com Jan 10 2017 01:31:19       Richmond North Associates, Inc.,
                 PO Box 963,    Amherst, NY 14226-0963
7000711         +E-mail/Text: ridpacer@twc.state.tx.us Jan 10 2017 01:31:26       Texas Workforce Commission,
                 TEC Building Tax Dept.,    101 E. 15th Street,   Austin, TX 78778-0001
7000714          E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jan 10 2017 01:30:54       United States Trustee,
                 110 North College Ave., Ste. 300,    Tyler, TX 75702-7231
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ark Exploration, LLC
cr              Joan Wagner Living Trust (August 1, 1994; Revised
cr              Lorenzo Cola
cr              Michael K. Koesling
cr              Ronald K White, Sr.
cr              Wayne R Hall
7018168         Dennis Maher,    Address Unknown
7018778         Dennis Maher,    Address Unknown
7018799         Wheeler, Wheeler, Morgan, Faulkner &,    Brown,    50 Penn Place, Ste. 450,    1900 NW Expwy.
aty*           +Christopher Moser,    2001 Bryan Street, Suite 1800,    Dallas, TX 75201-3070
7018774*       +Browning, Kaleczyc & Horen PC,    PO Box 1697,   Helena, MT 59624-1697
7018775*       +Calvary Portfolio Services,    PO Box 27288,   Tempe, AZ 85285-7288
7018776*       +Credit Control LLC,    5757 Phantom Dr., Ste. 330,   Hazelwood, MO 63042-2429
7018777*       +David Snell,    1250 NE Loop 410,   Suite 725,   San Antoinio, TX 78209-1535
7018779*       +Greg Cardenas,    6848 Lakeshore Dr.,    Dallas, TX 75214-3745
7018780*       +Hector A Cardenas,    1121 Dumont Dr.,    Richardson, TX 75080-6948
7018781*       +Horizontal Well Drillers,    PO Box 1626,   Purcell, OK 73080-7626
7018782*        Incorp,   2360 Corporate Circle,    Suite 400,   Henderson, NV 89074-7739
7000704*        Internal Revenue Service - ED,    Centralized Insolvency Operations,    PO Box 7346,
                 Philadelphia, PA 19101-7346
7018784*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital System, LLC,     16 McLeland Rd.,
                 St. Cloud, MN 56303)
7018783*        Jeff Burrow,    6726 Lakewood Blvd,    Dallas, TX 75214-3749
7018785*       +Julia Salazar,    Innovative GIS LLC,    11906 Brittmoore Park Dr.,   Houston, TX 77041-7345
7018786*       +Kelly Hart,    201 Main St.,   Ft. Worth, TX 76102-3129
7018787*       +Lathrop & Gage, LLP,    Building 82, Ste. 1000,    10851 Mastin Blvd,
                 Overland Park, KS 66210-1687
7018788*       +Michelle Boston,    906 Creekdale,    Richardson, TX 75080-4906
7018789*       +Millenium Financial Group, LLC,    3000 United Founders Blvd., Ste. 219,
                 Oklahoma City, OK 73112-4279
7018790*       +Petroleum Directional Services,    5404 Cortez Dr.,   Granbury, TX 76049-7212
7018791*        Pro Well Service LLC,    1678 E. Hwy 82,    Gainesville, TX 76240
7018792*       +R. Tate Young,    Tate Young Law Firm,    1001 West Loop South, Ste. 700,
                 Houston, TX 77027-9033
7018793*        Richmond North Associates, Inc.,    PO Box 963,   Amherst, NY 14226-0963
7018794*       +Rick O'Brien,    5745 Glen Falls,    Dallas, TX 75209-2413
7018795*       +Steven J. Bickings,    320 E. Third Street,    Burkburnett, TX 76354-3437
7018796*       +Strausberg & Price,    PO Box 50100,    Dallas, TX 75250-0100
7018797*       +Tanner, Keller & Associates,    10200 E. Girard Ave., Ste. A117,   Denver, CO 80231-5500
7018800*       +William Fynes,    16318 Sunset Valley,    Dallas, TX 75248-2834
7018801*        Wright Ginsberg Brusilow PC',    14755 Preston Rd.,   600 Signature Place,   Dallas, TX 75254
7018173        ##Jeff Burrow,    6726 Lakewood Blvd,    Dallas, TX 75214-3749
7018187        ##+Tanner, Keller & Associates,    10200 E. Girard Ave., Ste. A117,   Denver, CO 80231-5500
                                                                                              TOTALS: 9, * 27, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0540-4          User: carterl              Page 3 of 3              Date Rcvd: Jan 09, 2017
                              Form ID: 318               Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2017 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0