# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>LEO EDWARD WHELAN<br><br>DEBTOR<br><br>―――――――――――――<br><br>BILL HUDDLESTON<br>**PLAINTIFF**<br><br>v<br><br>LEO EDWARD WHELAN<br>**DEFENDANT** | CASE NO. 15-41659<br>CHAPTER 7<br><br><br><br>Adversary Proceeding #:_____ |

### APPLICATION FOR TURNOVER RELIEF OF Wexco Resources, LLC Shares Owned by Leo Edward Whelan

COMES NOW, Bill Huddleston, Plaintiff, and files this his *Complaint for Turnover of Wexco Resources, LLC Shares Owned by Leo Edward Whelan*, and would show the Court as follows.

1. *Parties*. Bill Huddleston, Plaintiff and judgment creditor in this cause, requests that the Court grant this Application for Turnover Relief against LEO EDWARD WHELAN, Defendant and judgment debtor.

2. *Judgment*. Plaintiff recovered judgment against Defendant on August 29, 2016 in this cause. The judgment remains unsatisfied.

3. *Property Subject to Turnover*. Defendant, LEO EDWARD WHELAN, owns property described as 100% of the Wexco Resources, LLC Shares. This property cannot readily be attached or levied on by ordinary legal process. This property is not exempt under any statute from attachment,

execution, or seizure for the satisfaction of liabilities.

    4.    *Motion for Turnover*.  Plaintiff moves the Court to order Defendant, LEO EDWARD WHELAN, to turn over the property identified above, with all documents and records related to that property, to Sergi & Associates; 329 South Guadalupe Street, San Marcos, TX 78666, by April 27, 2017, on or before 5 p.m.

    5.    *Attorney's Fees*.  Plaintiff is entitled to recover reasonable attorney's fees and costs. Reasonable fees for the attorney's services rendered and to be rendered are at least $1,500.

    6.    This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

    7.    *Prayer*.  Plaintiff prays that the Court-

    a.    set this matter for hearing;

    b.    issue the orders requested in this application;

    c.    grant Plaintiff at least $1,500 as reasonable attorney's fees;

    d.    grant Plaintiff reasonable expenses incurred in obtaining these orders; and

    e.    grant all further relief to which Plaintiff may be entitled.

Respectfully submitted,

By: /S/ David Sergi
David K. Sergi
Texas Bar No. 18036000
Email:  david@sergilaw.com
329 S. Guadalupe St.
San Marcos, TX 78666
Tel. (512) 392-5101
Fax. (512) 392-5042
Attorney for Plaintiff
Bill Huddleston